

# MARSHALL DENNEHEY

717 State Street, Suite 701, Erie, PA 16501
(814) 480-7800  Fax (814) 455-3603

Direct Dial: (814) 480-7803
Email: pmcarey@mdwcg.com

February 21, 2022

Federal Clerk of Records
U.S. Courthouse
17 South Park Row
Erie, PA  16501

      RE:    McLaurin, Lee v. City of Erie; Allison, Officer Joshua; Bernatowicz, Officer Nick; Strauch, Officer Nicholas; Beilak, Sergeant James; Onderko, Sergeant Ryan, et al.
            Docket No.:    1:21-cv-322
            Our File No.:   20021.00348

Dear Clerk of Records:

    Attached hereto please find a flash drive representing Exhibit A to the Defendant's Motion for Partial Judgment on the Pleadings filed in the case of Lee McLaurin v. City of Erie, et al., 1:21-cv-322. This contains a video as referenced in more detail in the Defendants' Motion and Brief in Support. Defendants' Motion and Brief were filed electronically on Monday, February 21, 2022. This matter is assigned to the Honorable Susan Paradise Baxter.

    I appreciate your attention to this matter. Please let me know if you have questions.

                          Very truly yours,

                          Patrick M. Carey

PMC:avp

Enclosure

cc:    John Mizner, Esquire

LEGAL/144445027.v1

RECEIVED

FEB 2 2 2022

CLERK, U.S. DISTRICT ...
FOR THE WEST...
OF PEN...

A PROFESSIONAL CORPORATION   |   PA  NJ  DE  OH  FL  NY   |   www.marshalldennehey.com